#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ASTORNET TECHNOLOGIES INC.** | * | |
| v. | * | Case No. RWT 14-cv-00245 |
| **BAE SYSTEMS, INC.** | * | |
| | | |
| **ASTORNET TECHNOLOGIES INC.** | * | |
| v. | * | Case No. RWT 14-cv-00543 |
| **MORPHOTRUST USA, LLC** | * | |
| | | |
| **ASTORNET TECHNOLOGIES INC.** | * | |
| v. | * | Case No. RWT 14-cv-00547 |
| **NCR GOVERNMENT SYSTEMS, LLC** | * | |

### ORDER

Upon consideration of Defendant BAE Systems, Inc. and NCR Government Systems, LLC's Motions to Dismiss the Complaint (Civil Case No. RWT-14-00245, ECF No. 22; Civil Case No. RWT-14-00547, ECF No. 15), the Plaintiff's opposition thereto (Civil Case No. RWT-14-00245, ECF No. 26; Civil Case No. RWT-14-00547, ECF No. 17), Defendants' replies (Civil Case No. RWT-14-00245, ECF No. 27; Civil Case No. RWT-14-00547, ECF No. 18), the arguments presented by counsel at a hearing held before the undersigned on August 27, 2014, and for the reasons stated on the record, it is this 27th day of August, 2014, by the United States District Court for the District of Maryland,

**ORDERED**, that BAE System's Inc.'s Motion to Dismiss (Civil Case No. RWT-14-00245, ECF No. 22) is **GRANTED**; and it is further

**ORDERED**, that NCR Government Systems LLC's Motion to Dismiss (Civil Case No. RWT-14-00547, ECF No. 15) is **GRANTED**; and it is further

**ORDERED**, that the Plaintiff's Amended Complaint against BAE Systems Inc. (Civil Case No. RWT-14-00245, ECF No. 13) is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED**, that the Plaintiff's Complaint against NCR Government Systems, LLC (Civil Case No. RWT-14-00547, ECF No. 1) is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED**, that on the Court's own motion, the Plaintiff's Complaint against MorphoTrust USA, LLC. (Civil Case No. RWT-14-00543, ECF No. 1) is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED**, that MorphoTrust USA, LLC's Amended Counterclaim (Civil Case No. RWT-14-00543, ECF No. 22) is **DISMISSED** as moot; and it is further

**ORDERED**, that **JUDGMENT FOR COSTS** be entered in favor of all Defendants; and it is further

**ORDERED**, that the Clerk is directed to **CLOSE** these cases.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE