# Exhibit A



**KILPATRICK TOWNSEND**
ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
Payments Only: accountsreceivable@kilpatricktownsend.com
Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com
Fed I.D. 58-0511774

September 9, 2014

CHRISTOPHER MURPHY
LAW VICE PRESIDENT
NCR CORPORATION
3097 SATELLITE BOULEVARD
DULUTH, GA 30096

Client: 10123
Matter: 901615
Invoice #: 11544394
Int. Matter No. 2014-00093

RE: ASTORNET TECHNOLOGIES

**For Professional Services Through August 31, 2014:**

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

*Other Charges:*

| Date | Description | Amount |
|---|---|---|
| 03/28/2014 | USPTO Fees for No. 3/28/2014 on 3/28/2014 COURTS/USDC-MD-PG 00 BALTIMORE MD | 50.00 |
| 03/28/2014 | USPTO Fees for No. 3/28/2014 on 3/28/2014 COURTS/USDC-MD-PG 00 BALTIMORE MD | 50.00 |
| 08/26/2014 | Color Copies | 60.66 |
| 09/09/2014 | Fees for transcript obtained from the U.S. District Court for the District of Maryland (Greenbelt) | 484.00 |
| | **Total Other Charges** | **$644.66** |