# Exhibit D

AO 44 (Rev. 04/09)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| INVOICE | NUMBER |
|---|---|

| TO: Christine Fahmy, Esquire | MAKE CHECK PAYABLE TO: Lisa K. Bankins <br> 6500 Cherrywood Lane <br> Greenbelt, Maryland 20770 |
|---|---|
| PHONE: <br> FAX: | PHONE: |

## TRANSCRIPTS

| ☐ CRIMINAL | ☑ CIVIL | DATE ORDERED 09/09/2014 | DATE DELIVERED |
|---|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
Astornet Technologies, Inc. v. Bae Systems, Inc., et al.

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | 80 | 6.05 | 484.00 | | | 0.00 | | | 0.00 | 484.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): August 27, 2014 | TOTAL | 484.00 |
|---|---|---|
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | ADD AMOUNT OF DEPOSIT | |
| | AMOUNT DUE (OR REFUND) | 484.00 |

### ADDITIONAL INFORMATION
Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER <br> Lisa K. Bankins | DATE <br> 09/09/2014 |
|---|---|

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR